UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

KAREN FAIRMAN,

        Plaintiff(s),                CIVIL ACTION NO. 06-10648
v.                                        JUDGE PAUL D. BORMAN
                                              UNITED STATES DISTRICT JUDGE

IMP, INCORPORATED, et al.,

        Defendant(s).
_____/

ORDER OF DISMISSAL

At a session of said Court held in the
Theodore Levin Courthouse in the City of
Detroit, Michigan on June 26, 2006

PRESENT:    HONORABLE PAUL D. BORMAN
                       United States District Judge

     This court has been advised by counsel that the above entitled action has been settled , thereby obviating the necessity of a trial.

     Accordingly, the above-entitled action is dismissed without prejudice and without costs.  However, upon a showing of good cause, either party may move to vacate this order within a period of sixty (60) days from this date if the settlement is not consummated.

                                              s/Paul D. Borman
                                              PAUL D. BORMAN
                                              UNITED STATES DISTRICT JUDGE

Dated:  June 26, 2006

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on June 26, 2006.

                                              s/Jonie Parker
                                              Case Manager